AMY BRAUNSTEIN, Respondent, v DAVID J. BRAUNSTEIN, Appellant. (Action No. 1.)

Submitted April 11, 2016; decided June 7, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of MICHAEL GARRY, Appellant, v AMERICAN STANDARD TRANE, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted April 4, 2016; decided June 7, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of JOHN Z., Appellant. COMMISSIONER OF MENTAL HEALTH, Respondent.

Decided June 7, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

DIEUDONNE MUBOYAYI, Appellant, v MONICA QUINTERO et al., Respondents.

Submitted April 18, 2016; decided June 7, 2016

Motion, insofar as it seeks leave to appeal from the portion of the Appellate Division order that affirmed the August 2014 Supreme Court order conditionally precluding plaintiff's testimony at trial, dismissed upon the ground that such portion of the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.